UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA DEL CARMEN HERNANDEZ PICART, et al.,
v.
WILLIAM ROLON COLON, et al.

CASE NUMBER: 98-1354 (DRD)

### ORDER

| MOTION | RULING |
|---|---|
| Date filed: August 24, 1999<br>[X] Plff<br>[ ] Other<br><br>Title: SETTLEMENT AGREEMENT<br><br>Docket #16<br>[X] Deft | APPROVED. The court hereby approves the parties' settlement agreement. The Court notes that Plaintiffs are nonresident minors therefore, the approval of the minors' solicitor general of the Justice Department of P.R. is not required. See Green Giant Co. v. Tribunal Superior, 104 D.P.R. 489 (1975) (local law is not extraterritorial). Further, the Court, after careful examination of the terms and conditions of the settlement agreement, holds appropriate and reasonable for each Plaintiff: the settlement amount, the lawyer's fees, and the distribution of the expenses. Therefore, Pursuant to the motion and FED. R. CIV. P. 41(a)(1)(ii) the court hereby DISMISSES all claims by Plaintiffs against Defendants WITH PREJUDICE and without the imposition of costs, expenses or attorneys' fees. |
| Date: August 26, 1999 | DANIEL R. DOMINGUEZ<br>U.S. District Judge |

### JUDGMENT

| MOTION | RULING |
|---|---|
| Date filed: August 24, 1999<br>[X] Plff<br>[ ] Other<br><br>Title: SETTLEMENT AGREEMENT<br><br>Docket #16<br>[X] Deft | In accordance with the Order of this same date, the Court hereby enters judgment DISMISSING this action against Defendants WITH PREJUDICE and without imposition of costs, expenses or attorneys' fees. |
| Date: August 26, 1999 | DANIEL R. DOMINGUEZ<br>U.S. District Judge |

P:\PEACHORD ERS\98-1354 DIS

Rec'd:    EOD:

By: xp    # 17