UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Maria del Carmen Hernandez Picart et all

v.

Defendant(s) William Rolon Colon

CIVIL NO. 98-1354 (DRD)

| MOTION | ORDER |
|---|---|
| Docket entry no. 18, 19 | ☑ GRANTED. |
| Date: 10/1/99 ; 10/4/99 | ☐ DENIED. |
| Title: Informative Motion y Motion Regarding order for a consignment (Docket 18); Informative Motion (Docket #19) | ☐ MOOT. |
| | ☐ NOTED. |

RECEIVED AND FILED
99 OCT 25 AM 8:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The court authorizes the requested consignment of funds and approves the Amended Final Distribution Manifesto and Philipe's Smoking Handy fees are to be consigned.

It is So Ordered

Date: October 22, 1999.

_(signature)_
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

