UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) MARIA DEL CARMEN HERNANDEZ, et al.    CIVIL NO. 98-1354(DRD)

v.

Defendant(s) WILLIAM M. ROLON COLON, ET AL.

| MOTION | ORDER |
|---|---|
| Docket entry no. 22. | **GRANTED.** |
| Date: June 27, 2003. | ❏ **DENIED.** |
| Title: MOTION FOR DISBURSEMENTS OF REGISTRY FUNDS. | ❏ **MOOT.** |
|  | ❏ **NOTED.** |

The withdrawal of funds is GRANTED. Plaintiff is authorized to withdraw from the account of the Clerk of Court the consigned funds in the amount of $57,462.60, to be disbursed as follows: $55,962.60 to the order of Marielissa Sánchez Hernández, plus interest less regular fees, 631 SW, 10th Street, Hallandale, Florida; and $1,500.00 in the nature of attorneys' fees to the order of Javier A. Morales Ramos, PO Box 362677, San Juan, PR 00936-2677. The Clerk of Court is ordered to issue the corresponding checks to Plaintiff.

IT IS SO ORDERED.

DATE: JULY 8th, 2003.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE