*Jose C. Alvarez, M.D.*
*General Practice*

1035 East 4th Avenue
Hialiah, FL 33010
Phone: (954)638-3989

October 14, 2005

To whom it may concern,

I, Jose C. Alvarez M.D. licensed in the State of Florida, certify that Phillipe I. Sanchez Hernandez was examined by me on this day. Phillipe sustained serious second and third degree burns to his face and ears. It is my professional opinion that Phillipe would benefit greatly from treatments of Hyperbaric Medicine. The urgency of medical treatment is of utmost importance. Otherwise the integrity of tissue could be compromised and loss of nose and ear tissue can not be ruled out as a possibility.

Jose C. Alvarez, M.D.
Attending Physician