**PARKWAY**
**Regional Medical Center**
Tenet South Florida HealthSystem

160 Northwest 170th Street
North Miami Beach, FL 33169
Tel 305.651.1100

October 24, 2005

To whom it may concern,

The intent of this letter is to clearly delineate the services available for burn patients through Hyperbaric Medicine. The "Undersea Medical and Hyperbaric Society Magazine" has cited improvement through high intensity oxygen therapy for burn patience's. Patients improvement through oxygenation of tissues is substantial in the recovery of injured cells which would otherwise necroses and die. For the severity of Mr. Phillipe Sanchez who sustained second and third degree burns to the face and ears a 20 course cycle is recommended with wound care following.

Anticipated expenses for this treatment are as follows:

|  |  | Total: |
|---|---|---|
| Initial Physician evaluation | $225.00 | 225.00 |
| Weekly Physician Evaluation | 200.00 | 800.00 |
| Hyperbaric Treatments @2.0psI for 60 min | 425.00 | 8,500.00 |
| Wound Care following treatments | 75.00 | 1,500.00 |
|  |  | $11,025.00 |

Sincerely,

Dr. Platt
Hyperbaric Physician


TENET.
SOUTH FLORIDA HEALTHSYSTEM