**BEFORE ME,** the undersigned personally appeared **MARIA DEL CARMEN HERNANDEZ PICART,** who being my first duly sworn upon oath, deposes and states as follows:

1. That my name is Maria del Carmen Hernandez Picart.

2. That I am a resident of Broward County, Florida.

3. That I have personal knowledge as to the foregoing.

4. That my social security number is 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. I am the mother and sole living parent of Phillipe Isaac Sanchez Hernandez, whose social security number is 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, who was born on September 8, 1985 and is over the age of eighteen (18) years of age.

5. That I am a widow and reside at 2915 Plunkett Street Apt 1, Hollywood, Broward County, Florida 33020.

6. That the succeeding is with full consent of my son, and we have both executed the affidavit.

7. That my son Phillipe Isaac Sanchez Hernandez, lives with my consent independent, solely administering his assets.

8. That under Article 233 of the Civil Code I request this Court to grant my son, Phillipe Isaac Sanchez Hernandez, emancipation so he can administer his assets and his Person, who demonstrates his consent by his signature below.

**FURTHER AFFIANT SAYETH NAUGHT.**

_Esther Alvarez_
Witness

_Maria del C Hernandez Picart_
Maria Del Carmen Hernandez Picart

_[signature]_
Witness

_Phillipe I. Sanchez Hernandez_
Phillipe Isaac Sanchez Hernandez