I HEREBY CERTIFY, that on this day before me an officer authorized to take acknowledgments of deeds, personally appeared MARIA DEL CARMEN HERNANDEZ PICART and PHILLIPE ISAAC HERNANDEZ PICART, to me well known, and acknowledged that they executed the foregoing Affidavit thereunto duly authorized.

I FURTHER CERTIFY, that the persons making this acknowledgement are to me well known to be the persons described in and who presented their driver's license and Florida:

FLA# H655-544-62-586-0
FLA# S522-669-85-328-0

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Fort Lauderdale, in the County and State aforesaid, this the 14 day of october A.D.2005.

State of Florida
County of miami dade
Sworn to and subscribed before me
this 14 day of oct. 2005
By maria del carmen hernandez
Produced Indentification
Type of ID FL D. LICENSE
JESUS GONZALEZ
Notary

Notary Public in and for the State of Florida
Name:

My Commission expires:



JESUS GONZALEZ
MY COMMISSION # DD 422492
EXPIRES: May 20, 2009
Bonded Thru Budget Notary Services