A black and white copy of this document is not official



# State of Florida
## Department of State

# APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country:   United States of America

   This public document

2. has been signed by   <u>Jesus Gonzalez</u>

3. acting in the capacity of   <u>Notary Public of Florida</u>

4. bears the seal/stamp of   <u>Notary Public, State of Florida</u>

## Certified

5. at   <u>Tallahassee, Florida</u>

6. the   <u>Fourteenth day of November, A.D., 2005</u>

7. by   <u>Secretary of State, State of Florida</u>

8. No.   <u>2005-80410</u>

9. Seal/Stamp:               10. Signature:



*Glenda E. Hood*

Secretary of State

DSDE 99 (3/03)

The original document has a reflective line mark in paper. Hold at an angle to view when checking.