IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA DEL CARMEN HERNANDEZ-PICART, et al.,
**Plaintiffs**

v.                                                                                            CIVIL NO. 98-1354(DRD)

WILLIAM RODON-COLON, et al.,
**Defendants**

**Defendants**

| MOTION | RULING |
|---|---|
| **Date Filed: 11/28/05** <br> **Docket #9** <br> [X] **Plaintiff** <br> [ ] **Defendant** <br> **Title:** Urgent Motion for Disbursement of Registry Funds | **GRANTED.** According to Puerto Rico Law, for a grant of emancipation by a parent with *parens patriae* to be valid it must meet the four following requirements: 1) be granted by the person who has *patria potestas*; 2) the minor must be at least 18 years old; 3) the minor must consent; and 4) statements of consent of both parties must be notarized. *See* Martinez v. Ramirez Tio, 133 D.P.R. 219, 224-225 (1993). Further, the Supreme Court of Puerto Rico has ruled that the emancipation which complies with these four requirements is valid and cannot be judicially annulled for any reason. Id., at 225. An examination of the documents submitted by the movant substantially comply with the requisites set forth by the applicable jurisprudence hence the Court deems that minor Phillipe Isaac Sanchez Hernandez has been emancipated pursuant to Article 233, Puerto Rico Civil Code, P.R. Laws Ann., Tit. 31, §911. <br><br> Therefore, plaintiff is authorized to **WITHDRAW** and the Court hereby **INSTRUCTS** the Clerk of Court to disburse from Account No. 4005269364 the following funds as follows: 1) $1,500.00 in the nature of attorney fees to the order of Javier A. Morales Ramos, Esq., P.O.Box 362677, San Juan, Puerto Rico, 00936-2677; and 2) $75,289.20 plus interest less registry fees, to the order of Phillipe Isaac Sanchez Hernandez, 2915 Plunkett St., Apt. No. 1, Hollywood, Florida, 33020. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 30th day of November 2005.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE